IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TIMOTHY C. WILLIS,

    Petitioner,

vs.                                              CASE NO. 5:06cv261/RS

WARDEN, FCI MARIANNA,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 11) and Petitioner's Objections To Magistrate Judge's Report and Recommendation (Doc. 14). I have reviewed Petitioner's objections *de novo*. Petitioner has previously filed a petition pursuant 28 U.S.C. §2255, which was denied. Petitioner is not entitled to file a successive §2255 petition because he does not allege that his claim is based upon a retroactively applicable Supreme Court decision which overturned Eleventh Circuit precedent.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Amended Petition for Writ of Habeas Corpus (Doc. 8) is dismissed with prejudice pursuant to Rule 4, Rules Governing Section 2254 Cases, and 28 U.S.C. §2243.

3.   The clerk is directed to close the file.

ORDERED on May 1, 2007.

                                      /S/ Richard Smoak  
                                      **RICHARD SMOAK**  
                                      **UNITED STATES DISTRICT JUDGE**